CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

1:14cr82 HSO-RHW

CITY: GULFPORT

COUNTY: HARRISON

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: KAMRAN PAHLAVAN

**U.S. ATTORNEY INFORMATION:**

AUSA   DMH         BAR # 99990

INTERPRETER:  _X_ NO  ___ YES   LIST LANGUAGE AND/OR DIALECT:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC -9 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __5__   ___ PETTY   ___ MISDEMEANOR   __5__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:371.F | 18: USC § 371 | Conspiracy | 1 |
| Set 2  18:666C.F | 18: USC § 666(A)(1)(B) | Bribery | 2 |
| Set 3  18:1343.F | 18: USC § 1343 | Honest Service Wire Fraud | 3 |
| Set 4  18:1512C.F | 18: USC § 1512(C)(2) | Obstruction of Justice | 4 |
| Set 5  18:1001.F | 18: USC § 1001 | False Statements | 5 |

Date: 12-9-14         SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010